**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| DAMETRICE MAURICE BARNES, ) | |
| Plaintiff, ) | |
| v. ) | No. 1:24-cv-00134-JMB |
| UNKNOWN DUNBAR et al., ) | |
| Defendants. ) | |

**ORDER OF PARTIAL DISMISSAL**

In accordance with the Opinion, Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff's individual capacity and equal protections claims are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that an appeal from this dismissal would not be taken in good faith.

Dated this 25th day of February, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE